| | |
|---|---|
| **From:** | Justin Mohn <justindmohn@gmail.com> |
| **Sent:** | Monday, August 29, 2022 9:06 AM |
| **To:** | PAED Documents |
| **Subject:** | Mohn v Cardona - Complaint |
| **Attachments:** | Mohn v Cardona - Complaint.pdf; III. Statement of Claim. C. Facts.pdf; A-1 Loan Account.pdf; A-2 Master Promissory Note_Redacted.pdf; B-2. Job Applications in Colorado 2015-2017.pdf; B-1 Applications in PA as a recent graduate (2014-2015).pdf; B-4 (Aug 2018-March 2019).pdf; B-5 2019-Present.pdf; B-3 (Aug 2017-Aug 2018).pdf; Statement-2015-12.pdf; Statement-2015-11.pdf; Statement-2016-03.pdf; Statement-2016-05.pdf; Statement-2016-01.pdf; Statement-2016-02.pdf; Statement-2016-04.pdf; Statement-2016-06.pdf; Statement-2016-08.pdf; Statement-2016-07.pdf; Statement-2016-09.pdf; Statement-2016-10.pdf; Statement-2016-11.pdf; Statement-2016-12.pdf; Statement-2017-01.pdf; Statement-2017-02.pdf; Statement-2017-04.pdf; Statement-2017-03.pdf; Statement-2017-05.pdf; Statement-2017-08.pdf; Statement-2017-07.pdf; Statement-2017-06.pdf; Statement-2017-10.pdf; Statement-2017-09.pdf; Statement-2017-12.pdf; Statement-2017-11.pdf; Statement-2018-01.pdf; Statement-2018-05.pdf; Statement-2018-02.pdf; Statement-2018-04.pdf; Statement-2018-03.pdf; Statement-2018-06.pdf; Statement-2018-07.pdf; Statement-2018-09.pdf; Statement-2018-08.pdf; Statement-2018-10.pdf; Statement-2018-11.pdf; Statement-2018-12.pdf; Statement-2019-02.pdf; Statement-2019-05.pdf; Statement-2019-03.pdf; Statement-2019-04.pdf; Statement-2019-01.pdf; Statement-2019-09.pdf; Statement-2019-08.pdf; Statement-2019-07.pdf; Statement-2019-06.pdf; Statement-2019-10.pdf; Statement-2019-11.pdf; Statement-2019-12.pdf; STATEMENT-2022-02-28.pdf; STATEMENT-2015-10-31_Redacted.pdf; Statements from Sep and Nov 2015_Redacted.pdf; Appendix C Cover Page.pdf; Appendix D-1. Plaintiff's Budget Calculations.pdf; Appendix D-2. Plaintiff's Rent Options.pdf; Appendix E - Plaintiff's Employment History.pdf; F-1 Lodges of Colorado Springs.pdf; F-2c Villages at Woodmen.pdf; F-2b Villages at Woodmen.pdf; F-2a Villages at Woodmen.pdf; G-2 Credit Report 2-22-22.pdf; G-1 Credit report 12-22-2016.pdf; Appendix H2b Line of Credit Debt.pdf; Appendix H3 Rent Debt.pdf; Appendix H2a Line of Credit Debt.pdf; Appendix H1 Credit Card Debt.pdf; Appendix I - Unemployment Benefits from Progressive_Redacted.pdf; Appendix L - Defendant Communication 1.pdf; Appendix M - Mail Receipts.pdf; Appendix O - USMS Letter.pdf; Appendix N - Defendent's Electronic Acknowledgement.pdf; Appendix K - Final Written Notice of Denial.pdf; Appendix P - Electronically Filed Complaint.pdf; Appendix Q - Communication from USMS.pdf; Appendix J -SF-95 Tort Claim.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of Court,

I am filing the attached complaint and documents as a pro se plaintiff. I would like to pay the filing fee by Mastercard debit card or VISA credit card. Can you provide me with a method to do so such as by phone, online portal, etc.?

I'm not sure if you have to attach this case to the previous one I filed: 2:22-cv-00773-MAK MOHN v. CARDONA. Exhibits A-I were already filed under that case which I'm using again for this complaint along with more exhibits (Exhibits J-Q are new).

Also, the first time I filed that complaint around March 1st of this year in forma pauperis, the judge granted under the condition that the Court "reserve the right to further examine the plaintiff's claim of no income given his possible pandemic unemployment assistance." That complaint was dismissed without prejudice around

1

April 18th, 2022, and then I received an unemployment benefits check in May… I have about $4000 in the bank, I don't have income and am on medical assistance still, but if the judge feels I also owe the Court for this previous filing fee from my March complaint, then let me know.

All the best,

Justin Mohn
267-370-6608

---

   Virus-free.www.avast.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.