IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MOHN | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3535 |
| | : |
| THE UNITED STATES | : |

## ORDER

AND NOW, this 20th day of December 2022, upon considering Defendants' Motion to substitute, amend the case caption, and dismiss (ECF Doc. No. 9), Plaintiff's Response (ECF Doc. No. 10) consenting to substitution but opposing dismissal, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 9) is **GRANTED** requiring:

1. We **substitute** the United States as the only Defendant upon Plaintiff's consent, **amend** the caption as above, and **dismiss** Secretary Cardona and the Department of Education with prejudice;

2. We **DISMISS** Plaintiff's claims against the United States with prejudice as amendment is futile as a matter of law after three attempts at pleading his claims against aa sovereign immune from his plead claims; and,

3. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.